# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CASE NO. 1:12-mc-0031-MJS |
| ) | |
| RYAN MICHAEL LEE ) | ORDER TO SHOW CAUSE REGARDING |
| ) | FAILURE TO APPEAR FOR JURY DUTY |
| ) | |
| ) | |
| ) | Date: September 7, 2012 |
| ) | Time: 9:30 a.m. |
| ) | Courtroom: No. 6 |
| ) | |

Ryan Michael Lee, having been summoned for jury duty but not having appeared for same as directed on:

a)  January 31, 2012,

b)  February 28, 2012,

c)  March 13, 2012, or

d)  May 12, 2012,

is hereby ORDERED TO APPEAR before United States Magistrate Judge Michael J. Seng in Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno, California, on September 7, 2012 at 9:30 a.m., and Show Cause why he should not be held in contempt for failure to appear as summoned and comply with his jury service obligations.

1  Ryan Michael Lee is advised that any person who fails to show good cause for
2  noncompliance with a summons may be fined not more than $1000.00, imprisoned not
3  more than three days, ordered to perform community service, or any combination thereof.
4  28 U.S.C. Section § 1866(g).
5
6  The U.S. Marshal for the Eastern District of California is directed to serve a copy
7  of this Order on Ryan Michael Lee.
8
9  IT IS SO ORDERED.
10
11 Dated:   July 26, 2012              /s/ *Michael J. Seng*
12                                    UNITED STATES MAGISTRATE JUDGE