UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

RYAN MICHAEL LEE

___/

CASE NO. 1:12-mc-00031 MJS

ORDER DIRECTING CLERK TO UNSEAL ORDER TO SHOW CAUSE AND UPDATE ADDRESS FOR RYAN MICHAEL LEE

ORDER DIRECTING RYAN MICHAEL LEE TO NOTIFY THE COURT, IN WRITING, OF HIS MAILING ADDRESS WITHIN TEN (10) DAYS

(Docs. 11 , 13)

The Order to Show Cause in this case having been sealed by this Court on November 16, 2012 (Doc. 11) and the Court having determined that the reason for sealing no longer exists, IT IS HEREBY ORDERED that the Order to Show Cause be unsealed and it and all other filings in this case be made public record.

In his declaration filed May 16, 2013 (Doc. 13), Ryan Michael Lee advised the Court that he resides at **20404 Saticoy Street, Apt. E, Winnetka, CA 91306**. The Clerk of the Court is DIRECTED to update the docket to reflect the above-referenced address as the service address for Ryan Michael Lee.

Furthermore, within ten (10) days from the date of service of this order, Ryan

1  Michael Lee shall notify the Court, in writing, of his proper mailing address if it differs from
2  the address referenced in this order.

4  IT IS SO ORDERED.

5  Dated:     May 17, 2013                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE