## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

IN RE:

RYAN MICHAEL LEE

_____/

CASE NO. 1:12-mc-00031 MJS

ORDER AMENDING ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY AND CONTINUING SHOW CAUSE HEARING

(Docs. 11, 13)

The Order to Show Cause filed November 16, 2013 (Doc. 11) is hereby amended to correct a clerical error as follows:

The entry on Page 1, Line 22, which reads "d)  May 12, 2012", is amended to read:  "**d)  May 1, 2012**".

Furthermore, Ryan Michael Lee having been served and having formally appeared (via Declaration dated May 13, 2013 [Doc. 13]) *pro se* in the matter and his Declaration being construed as a request for continuation of his May 24, 2013 Order to Show Cause hearing date, that request is granted and the hearing on the Order to Show Cause Regarding Failure to Appear for Jury Duty is hereby continued to 9:30 a.m., June 27, 2013, in Courtroom 6, 2500, Tulare Street, Fresno California. Said Ryan Michael Lee is ordered to appear personally at that time and place.

IT IS SO ORDERED.

Dated:   May 18, 2013                     /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

1